Case 1:25-cr-00208-AKB Document 3 Filed 07/09/25 Page 1 of 1

# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

U.S. COURTS
JUL 25 2025
Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES OF AMERICA *WARRANT FOR ARREST*

v.

ANDREA SHANNON 1:25-cr-00208-AKB-1

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ANDREA SHANNON** and bring forthwith to the nearest magistrate judge to answer **INDICTMENT** charging with the below listed violation.

18 U.S.C. § 1349 CONSPIRACY TO COMMIT WIRE FRAUD
18 U.S.C. § 1343 WIRE FRAUD
18 U.S.C. § 287 FALSE CLAIMS

United States Courts
District of Idaho
**ISSUED**
*Kelly Montgomery*
*on Jul 09, 2025 10:39 am*

Kelly Montgomery, Deputy Clerk — July 9, 2025

Name and Title of Issuing Officer — Date

**RETURN**

This warrant was received 07/09/2025 and executed with the arrest of the above-name individual at ____________.

9465 South Updale Avenue, Kuna, ID 83634

[signature] — 07/22/2025

Signature of Arresting Officer — Date of Arrest

Leigh Ann Siesser, Special Agent, IRS - CI

Name & Title of Arresting Officer