Gustav A. Rosenheim, ISB#2791
ATTORNEY AT LAW
913 W. River Street, Ste. 430
Boise, Idaho 83702
P.O. Box 966
Boise, Idaho 83701
Telephone: (208) 343-1171
Facsimile: (208) 338-1273
info@rosenheimlaw.com

*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff,<br><br>vs.<br><br>ANDREA SHANNON,<br><br>　Defendant. | Case No. 1:25-cr-00208-AKB-1<br><br>**UNOPPOSED MOTION TO CONTINUE JURY TRIAL** |

　　　Comes now the defendant Andrea Shannon, by and through her attorney of record, Gustav A. Rosenheim, and motions this Court for an Order continuing the Jury Trial in the above-referenced matter. Said Jury Trial is currently scheduled to begin October 6, 2025 at 1:30 p.m. in front of District Judge Amanda K. Brailsford. This Motion is based upon the following grounds:

　　　Counsel for the above-named defendant has been recently appointed under the Criminal Justice Act to represent the defendant. There is a substantial amount of discovery. As a result of the large amount of discovery, counsel requires additional time to investigate this case. Consequently, counsel has not meaningfully been able to review all the discovery with the defendant.

A continuance of approximately 120 days from the present trial setting of October 6, 2025, at 1:30 p.m. would be reasonable and necessary, for counsel to provide constitutionally effective assistance of counsel. Counsel for the government, Assistant United States Attorney Brittney Campbell, does not oppose this motion for continuance.

A continuance is warranted under 18 U.S.C § 3161 (h)(8)(B)(iv) which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant…the reasonable time necessary for effective preparation…" Under these circumstances, the interests of justice in allowing the defense time for effective preparation outweighs the Defendant's and the public's interest in a speedy trial under 18 U.S.C § (h)(8)(A).

Defendant <u>also</u> requests a continuance of the <u>Motions Deadline</u>, on the same grounds as set forth above.

This request is made for reasons as outlined in the Affidavit of Gustav A. Rosenheim in support of this motion.

RESPECTFULLY SUBMITTED this 19th day of August 2025.

/s/ *Gustav A. Rosenheim*
Gustav A. Rosenheim
*Attorney for Defendant*

## CERTIFICATE OF MAILING

      I, Gustav A. Rosenheim, HEREBY CERTIFY that on August 19, 2025, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

| | |
|---|---|
| Brittney Campbell<br>Assistant United States Attorney<br>1290 W. Myrtle Street, STE 500<br>Boise, ID  83702 | ☐ U.S. Mail<br>☒ ECF Notification<br>☐ Overnight Mail<br>☐ Telecopy (Fax) |

                                                      */s/ Gustav A. Rosenheim*
                                                      Gustav A. Rosenheim